UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| EVE ALEXIS SOTIRIOU, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 1:12-cv-00270-JAW |
| MAINE, STATE OF, | ) ) ) |
| Defendant. | ) ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on December 4, 2012 her Recommended Decision (ECF No. 13). The Plaintiff filed her objections to the Recommended Decision on December 13, 2012 (ECF No. 14) and the Defendant filed its response to those objections on December 20, 2012 (ECF No. 15). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further <u>ORDERED</u> that the Defendant's Motion to Dismiss for Lack of Jurisdiction (ECF No. 11) be and hereby is <u>GRANTED</u> and the Complaint is dismissed with prejudice.

SO ORDERED.

<u>/s/John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 21st day of December, 2012